Kristin L. Martin (SBN 206528)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Tel.: (415) 597-7200
Fax: (415) 597-7201
Email: klm@dcbsf.com

*Attorneys for UNITE HERE Local 19*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS OF CALIFORNIA, A FEDERALLY RECOGNIZED INDIAN TRIBE,<br><br>　　　　　Defendant. | Case No.: 14-cv-01593-LJO-SAB<br><br>**AMENDED PROOF OF SERVICE** |

The undersigned hereby certifies that on this 14th day of October, 2014, my office electronically filed the foregoing:(1) UNITE HERE Local 19's Motion to Intervene as *Amicus Curiae*; and (2) Declaration of Enrique Fernandez, Submitted by Proposed *Amicus Curiae* UNITE HERE Local 19 in Opposition to any TRO or Injunction That Does Not Permit the Chukchansi Gold Resort & Casino to Reopen Promptly, all filed herewith, using the ECF System for the United States District Court, Eastern District of California.

1

PROOF OF SERVICE                                                            Case No. 14-cv-01593-LJO-SAB

Participants in the case who are registered CM/ECF users will be served by the United States District Court, Northern District of California CM/ECF system.

Attorneys for the Plaintiffs:

Kamala D. Harris
Attorney General of California
William L. Williams, Jr.,
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
1300 I Street
Sacramento, CA 95814
916-324-3725
Fax: 916-322-5609
Email: bill.williams@doj.ca.gov

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by first-class mail, postage prepaid, and fax on October 14, 2014, to the following non-CM/ECF participants:

Attorneys for Defendants:

Geoff Hash
Rosette LLP
193 Blue Ravine Rd Ste 255
Folsom, CA 95630
(916) 353-1084
Fax:   (916) 353-1085
Email: ghash@rosettelaw.com
John M. Peebles
Fredericks Peebles & Morgan LLP
2020 L Street, Suite 250
Sacramento, CA 95811
(916) 441-2700
Fax:   (916) 441-2067
Email: jpeebles@ndnlaw.com

Mark Levitan
Levitan Law
PO Box 5475
Sonora, CA 95370
(916) 801-6062
Fax:   (209) 396-9004
Email: mark@levitanlaw.net

Dated: October 14, 2014        By: _____
                                   Dinh Luong