# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS OF CALIFORNIA, A FEDERALLY RECOGNIZED INDIAN TRIBE,<br><br>Defendant. | 1:14-CV-01593-LJO-SAB<br><br>**ORDER EXTENDING DURATION OF TEMPORARY RESTRAINING ORDER PURSUANT TO FED. R. CIV. P. 65(b)(2)** |

On October 10, 2014, this Court imposed a temporary restraining order ("TRO") in this case designed to protect public safety after an armed conflict took place on the grounds of the Chukchansi Casino in Coarsegold, California. Doc. 5. In open Court on October 15, 2014, the TRO was modified in part as reflected in the Reporter's transcript. Doc. 15. Also on October 15, 2014, a briefing schedule was set on Plaintiff's motion for a preliminary injunction.

Federal Rule of Civil Procedure 65(b)(2) provides that the duration of a TRO is not to exceed fourteen (14) days, "unless before that time the court, for good cause, extends it for a like period...." Good cause for such an extension exists here. The TRO is necessary to maintain public safety until this Court can rule on the pending motion for a preliminary injunction, which has been set for the earliest possible date: October 29, 2014. Accordingly, extending the TRO for an additional fourteen (14) days from its current date of expiration, October 24, 2014, will permit the Court approximately one week to rule on the motion for a preliminary injunction. Although the Court will endeavor to issue a ruling as soon as possible, given this Court's extraordinary workload, the full week may be required.

IT IS SO ORDERED.

Dated:   **October 23, 2014**                    **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE

1