KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
WILLIAM L. WILLIAMS, JR., State Bar No. 99581
Deputy Attorney General
WILLIAM P. TORNGREN, State Bar No. 58493
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-3033
 Fax:  (916) 327-2319
 E-mail:  William.Torngren@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS OF CALIFORNIA, A FEDERALLY RECOGNIZED INDIAN TRIBE,**<br><br>Defendant. | Case No. 1:14-CV-01593 LJO SAB<br><br>**ORDER RESCHEDULING MANDATORY SCHEDULING CONFERENCE TO FEBRUARY 24, 2015** |

The State of California (State) requested that the Court reschedule the Mandatory Scheduling Conference, and concomitant deadlines, from January 23, 2015, until a date in the latter part of February 2015.

FOR GOOD CAUSE SHOWN, the Court grants the State's request and orders:

1. The Mandatory Scheduling Conference presently set for January 23, 2015, at 9:00 a.m., is rescheduled to February 24, 2015, at 2:30 p.m., in Courtroom Nine before the Honorable Stanley A. Boone.

1

2. The Court's Order Setting Mandatory Scheduling Conference, ECF 4 (Oct. 10, 2014), shall otherwise remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 30, 2014**