UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS OF CALIFORNIA, A FEDERALLY RECOGNIZED INDIAN TRIBE,<br><br>Defendant. | Case No.: 1:14-cv-01593 LJO SAB<br><br>**ORDER GRANTING IN PART REQUEST TO CONTINUE STATUS CONFERENCE** |

On February 10, 2015, the State of California ("State") and the Picayune Rancheria of the Chukchansi Indians, a federally recognized Indian tribe, as represented by the 2010 Tribal Council, the 2011-2012 Tribal Council, the 2013 Tribal Council and the 2014 Unification Council ("Tribe") requested that this Court reschedule the Mandatory Scheduling Conference, and concomitant deadlines, from February 24, 2015 to June 2, 2015. The Court does not find good cause to extend to time to June 2015. However, the Court shall partially grant the parties request and the mandatory scheduling conference shall be continued to April 21, 2015 at 2:30 p.m. The parties shall file a joint status report three weeks prior to the April 21, 2015 hearing advising the Court of their efforts in regard to proceeding with the case.

///

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Mandatory Scheduling Conference presently set for February 24, 2015 at 2:30 p.m., is rescheduled to April 21, 2015 at 2:30 p.m. in Courtroom 9 before the Honorable Stanley A. Boone.

2. The parties shall file a joint status report three (3) weeks prior to the April 21, 2015 hearing; and

3. The Court's Order Setting Mandatory Scheduling Conference, ECF 4 (Oct. 10, 2014) shall otherwise remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 18, 2015**

UNITED STATES MAGISTRATE JUDGE

Rosette, LLP
193 Blue Ravine Road
Suite 255
Folsom, California  95630