# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>  Plaintiff,<br><br>  v.<br><br>PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS OF CALIFORNIA, A FEDERALLY RECOGNIZED INDIAN TRIBE,<br><br>  Defendant. | Case No.  1:14-cv-01593-LJO-SAB<br><br>ORDER RE LETTER FROM TRIBAL COUNCIL BOARD OF DISTRIBUTEES<br><br>(ECF No. 68) |

Plaintiff State of California filed this action seeking an injunction following an armed conflict on the grounds of the Chuckchansi Gold Resort and Casino ("Casino") in Madera County.  On October 10, 2014, a temporary restraining order was issued in this action.  The temporary restraining order was converted to a preliminary injunction on October 29, 2014.  Three of the groups claiming leadership rights over the Casino have appeared in this action: the Lewis/Ayala Faction; the McDonald Faction; and the Reid Faction.  (Order Denying Reid Faction's Motion for Order to Show Cause 1, ECF No. 65.)

On February 10, 2015, a stipulation to continue the mandatory scheduling conference was filed.  On February 18, 2015, the request was granted in part.  (ECF No. 67.)  Attached to the stipulation was an order issued by the United States Department of the Interior, Office of Hearings and Appeals, Interior Board of Indian Appeals which, among other things, immediately

1

recognized the 2010 Tribal Council as the sole group authorized to act on behalf of the tribe for the purpose of restoring government-to-government relations. (ECF No. 66-1 at 4-11.) On March 11, 2015, a letter was received from the Tribal Council Board of Distributees ("Distributees") informing the Court that they have relieved their counsel and requesting additional time to seek legal representation.

Currently the mandatory scheduling conference in this action is set for April 21, 2015. The Court does not find good cause to continue the scheduling conference beyond April 21, 2015. The Distributees shall file a notice of substitution of counsel once new counsel is retained and are advised that a joint scheduling report is due three weeks prior to the April 21, 2015 hearing.

IT IS SO ORDERED.

Dated: **March 16, 2015**

UNITED STATES MAGISTRATE JUDGE