1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

*Attorney for Defendant*
*Picayune Rancheria of*
*the Chukchansi Indians*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS OF CALIFORNIA, A FEDERALLY RECOGNIZED INDIAN TRIBE,**<br><br>Defendant. | Case No. 1:14-CV-01593 LJO SAB<br><br>**DEFENDANT PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS' ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant, Picayune Rancheria of the Chukchansi Indians ("Tribe"), acting through the

Monica Davis Tribal Council, the elected successor to the Tex McDonald Tribal Council, the

lawful governing body of the Tribe, by and through their undersigned legal counsel, using the

same numbering as the plaintiffs' First Amended Complaint For Injunctive And Declaratory

Relief ("Complaint"), answer the numbered paragraphs of the complaint as follows:

1

1.      This paragraph 1 of the Complaint, consists of plaintiffs' characterization of this action and conclusions of law, not allegations of fact, and, therefore, no response is required; to the extent a response is deemed necessary, except to admit that the plaintiff, State of California ("State") has sought relief from this Court, deny each and every allegation contained in paragraph 1.

2.      The Tribe denies each and every allegation contained in paragraph 2 of the Complaint.

3.      Except to admit that the Tribe's Tribal-State Compact is being performed by the parties to the Compact in the Eastern District of California, deny each and every allegation contained in paragraph 3 of the Complaint.

4.      The Tribe admits the allegations contained in paragraph 4 of the Complaint.

5.      The Tribe admits the allegations contained in paragraph 5 of the Complaint.

6.      Except to admit the existence of Compact provision 8.1.2, to which this Court is referred for a full and accurate statement of its contents, the Tribe denies the allegations contained in paragraph 6 of the Complaint.

7.      Except to admit the existence of Compact provision 10.1, to which this Court is referred for a full and accurate statement of its content, the Tribe denies the allegations contained in paragraph 7 of the Complaint.

8.     Except to admit the existence of Compact provision 9.1, to which this Court is referred for a full and accurate statement of its content, the Tribe denies the allegations contained in paragraph 8 of the Complaint.

9.     This paragraph 9 of the Complaint consists of plaintiff's legal conclusions, to which no response is required; to the extent a response is deemed required, the Tribe denies each and every allegation of paragraph 9 of the Complaint, except to admit the existence of Section 9.4 of the Compact, to which this Court is referred for a full and accurate statement of its content.

10.     Except to admit that certain individual members of the Tribe claim to be the lawful governing body of the Tribe, which claims are in direct violation of the final, non-appealable Tribal Court judgment determining that the Ayala-Quorum Council and its duly elected and lawful successor, the Monica Davis Tribal Council, are the lawful governing body of the Tribe, the Tribe denies each and every allegation contained in paragraph 10 of the Complaint.

11.     Except to admit that Exhibit B to the Complaint is a true and correct copy of the of the District Court's order and that certain individual members of the Tribe claim to be the lawful governing body of the Tribe, which claims are in direct violation of the final, non-appealable Tribal Court judgment determining that the Ayala-Quorum Council and its duly elected and lawful successor, the Monica Davis Tribal Council, are the lawful governing body of the Tribe, the Tribe denies each and every allegation contained in paragraph 11 of the Complaint.

12.     Except to admit that the Madera County Sheriff and officers of the California Highway Patrol arrived at the Casino on October 9, 2014, the Tribe denies each and every allegation contained in paragraph 12 of the Complaint.

13.     This paragraph 13 of the Complaint consists of plaintiff's legal conclusions, to which no response is required; to the extent that a response is required, the Tribe denies each and every allegation contained in paragraph 13 of the Complaint.

## CLAIM FOR RELIEF

## (Breach of Compact)

14.     The Tribe admits each and every allegation contained in paragraph 14 of the Complaint.

15.     The Tribe denies each and every allegation contained in paragraph 15 of the Complaint.

16.     The Tribe denies each and every allegation contained in paragraph 16 of the Complaint.

## PRAYER AND RELIEF REQUESTED

The balance of the Complaint provides Plaintiff's prayer for relief to which no answer is required. To the extent the Tribe must respond, the Tribe denies that the Plaintiff is entitled to any of the relief requested by the Plaintiff in its' prayer for relief.

4

**AFFIRMATIVE DEFENSES**

In further response to Plaintiff's First Amended Complaint for Injunctive and Declaratory Relief, the Tribe alleges, states, and avers the following affirmative defenses, which may be expanded, and additional defenses alleged as the case proceeds and new facts and information is discovered:

1.   Plaintiff fails to state a claim upon which relief can be granted;

2.   Plaintiff's claims fail for lack of jurisdiction;

3.   Plaintiff's claims are unripe;

4.   Plaintiff's claims are barred by failure to exhaust alternative remedies it had a duty to exhaust prior to initiating suit;

5.   Plaintiff's claims are barred by the Tribe's sovereign immunity;

6.   Plaintiff's claims are barred by the doctrine of unclean hands;

7.   Plaintiff's claims are barred by the doctrine of equitable estoppel;

8.   Plaintiff's claims are barred by the doctrine of waiver;

9.   Plaintiff's claims are barred by its failure to mitigate its damages;

10.   Plaintiff's claims are barred because the Tribe has faithfully performed all the terms and conditions of the Compact; and

5

11.  Plaintiff is not entitled to recover its attorney's fees and costs because no statute or contract provision, including the Compact, authorizes the Plaintiff to recover its attorney's fees and costs in this case, and because the Tribe has already fully reimbursed the State for the costs and fees it has incurred to regulate the Tribe's Casino.

## THE TRIBE'S PRAYER FOR RELIEF

WHEREFORE, the Tribe respectfully requests that this Court dismiss the Plaintiffs' First Amended Complaint with prejudice, that judgment be entered for the Tribe, that the Tribe be awarded its costs and attorney's fees, and that the Tribe be allowed such further relief as the Court may allow.

DATED: May 22, 2015                    Respectfully Submitted,

                                        RAPPORT AND MARSTON

                              By:    /s/ Lester J. Marston
                                     LESTER J. MARSTON
                                     Attorney for Defendant
                                     Picayune Rancheria of the Chukchansi
                                     Indians

6

DEFENDANT PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS' ANSWER TO FIRST AMENDED COMPLAINT

PROOF/CERTIFICATE OF SERVICE

I am employed in the County of Mendocino, State of California. I am over the age of 18 years and not a party to the within action; my business address is that of Rapport & Marston, 405 West Perkins Street, Ukiah, CA 95482.

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of California by using the CM/ECF system on May 22, 2015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on May 22, 2015, at Ukiah, California.

*/s/ Emily Hernandez*
Emily Hernandez

7

DEFENDANT PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS' ANSWER TO FIRST AMENDED COMPLAINT